**Dismissed and Opinion Filed March 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01517-CV

### WILLIE ARTHUR JACKSON, Appellant
### V.
### SHALANDA MESHELL JACKSON, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-02736**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 29, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 29, 2016, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated January 31, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without

payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b) (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

161517F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WILLIE ARTHUR JACKSON, Appellant

No. 05-16-01517-CV        V.

SHALANDA MESHELL JACKSON,
Appellee

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-16-02736.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered March 6, 2017.